## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DAVID THOMPSON, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

CREDIT UNION ONE

        Defendant.

Case No. 20-cv-12318

Hon. Paul D. Borman
United States District Judge

_____

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter having come before the Court upon the stipulation of Plaintiff and Defendant, Credit Union ONE, by and through their respective counsel; the parties having agreed to a dismissal of this action with prejudice and without costs or fees to any party; and this Court otherwise being fully advised in the premises, now therefore;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Credit Union ONE are hereby dismissed with prejudice and without fees or costs to either party.

IT IS SO ORDERED.

Date: December 30, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge

2

# THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THE CASE

Approved as to form and content:
*/s/ Jeff Kaliel*
Jeffrey D. Kaliel
Sophia G. Gold
**KALIEL PLLC**
1875 Connecticut Ave. NW 10th Floor
Washington, D.C. 20009
Telephone: (202) 350-4783
*jkaliel@kalielpllc.com*
*sgold@kalielplllc.com*

Taras Kick (Not yet admitted)
**The Kick Law Firm, APC**
815 Moraga Drive
Los Angeles, CA 90049
Phone: (310)395-2988
Fax: (310)395-2088
*Counsel for Plaintiff and the Proposed Class*

**HOLZMAN LAW, PLLC**
*/s/Charles J. Holzman*
CHARLES J. HOLZMAN (P35625)
MICHAEL V. KREMPA (P76494)
Attorneys for Defendant
28366 Franklin Rd.
Southfield, MI  48034
(248)352-4340
cholzman@holzmanlaw.com
mkrempa@holzmanlaw.com